# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 19-02549 CED | **Trustee:** | LUIS E. RIVERA II | |
| **Case Name:** | Spindle, Inc. | **Filed (f) or Converted (c):** | 03/22/19 (f) | |
| | | **§341(a) Meeting Date:** | 04/23/19 | |
| **Period Ending:** | 03/31/21 | **Claims Bar Date:** | 08/16/19 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Wells Fargo Acct #9197 | 2,220.18 | 2,220.18 | | 2,220.18 | FA |
| 2 | Wells Fargo Account #7863 | 108.74 | 108.74 | | 108.74 | FA |
| 3 | Wells Fargo Account #9284 | 148.42 | 1,509.65 | | 1,509.65 | FA |
| 4 | Florida Capital Bank Account Checking 3911 | 553.26 | 523.67 | | 523.67 | FA |
| 5 | Internet domain names and websitesspindle.com; sportspaymentpros.com;catalystmarketingsystem.com;mycardvault.com; mymetrorewards.com;mymetroarea.com; and lowmerato.com | Unknown | 1.00 | | 0.00 | 1.00 |
| 6 | Customer Lists which include customerpersonally identifiable information includingname, address and merchant accountinformation; mailing list of over 10 millionnames $5,150.00 Recent cost | Unknown | 1.00 | | 0.00 | 1.00 |
| 7 | NOL, Federal; Not professionally appraised within the last year. Tax year 2011-2018 | 21,440,825.00 | 21,440,825.00 | | 0.00 | 100,000.00 |
| 8 | Spindle's Public Shell, estimated to be between $150,000 to $300,000 | 225,000.00 | 225,000.00 | | 0.00 | 100,000.00 |
| 9 | Copy of Spindle's Payment Service Provider code | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | Copy of Spindle's Payment Service Provider code is subject to lien; Copy of Payment Service Provider code was sold for $35,000 to Gensource in 2018 | 175,000.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$21,853,855.60** | **$21,670,189.24** | | **$4,362.24** | **$200,002.00** |

**Major activities affecting case closing:**
Telephone conference with D. Fogarty, Esq.  <2/22/2021, 11:04:39 AM - LR-435>

Discussions remain ongoing regarding potential sale of corporate shell and NOL.  <2/2/2021, 9:53:14 AM - LR-435>

Discussions ongoing regarding potential sale of corporate shell and NOL.  <8/26/2020, 12:30:05 PM - LR-435>

Telephone conference with Special Counsel regarding potential sale of NOL.  <4/28/2020, 9:43:58 PM - LR-435>

Email to Debtor's counsel regarding status of case.  <3/11/2020, 9:33:54 PM - LR-435>

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Emails to/from Debtor's counsel and Special Counsel regarding status of matter. Parties still working on potential sale of NOL and/or assets of corporation.  <12/18/2019, 10:07:49 AM - LR-435>

Emails to/from Debtor's counsel and Special Counsel regarding status of matter. <7/8/2019, 10:24:03 AM - LR-435>

Filed Change of Address Order.  Correspondence to Florida Capital Bank demanding account balance.  <6/17/2019, 2:00:22 PM - LR-435>

Recd Order Approving Application to Employ Counsel; Prepare and file Proof of Service. <5/16/2019, 3:10:18 PM - AM-443>

Filed Application to Employ GR and submitted proposed order.  <5/14/2019, 5:07:00 PM - LR-435>

Email to L. Fernandez, Esq. requesting review of case.  <5/14/2019, 8:36:57 AM - LR-435>

**Initial Projected Date of Final Report (TFR):**  March 31, 2021            **Current Projected Date of Final Report (TFR):**  October 31, 2021

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 19-02549 CED | | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|---|
| Case Name: | Spindle, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******8864 - Checking |
| Taxpayer ID#: | *****1820 | | Blanket Bond: | $30,832,000.00 (per case limit) |
| Period: | 04/01/20 - 03/31/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 3,838.57 | | 3,838.57 |
| 06/28/19 | Asset #4 | Florida Capital Bank, N.A. | Account closing balance turned over by Florida Capital Bank, N.A. | 1129-000 | 523.67 | | 4,362.24 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.74 | 4,355.50 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.20 | 4,348.30 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.18 | 4,341.12 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.94 | 4,334.18 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.93 | 4,327.25 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.15 | 4,320.10 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.14 | 4,312.96 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.68 | 4,306.28 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.44 | 4,299.84 |

Page: 2

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 19-02549 CED | | **Trustee:** | LUIS E. RIVERA II |
| --- | --- | --- | --- | --- |
| **Case Name:** | Spindle, Inc. | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******8864 - Checking |
| **Taxpayer ID#:** | *****1820 | | **Blanket Bond:** | $30,832,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.81 | 4,292.03 |
| | | | **ACCOUNT TOTALS** | | 4,362.24 | 70.21 | $4,292.03 |
| | | | Less: Bank Transfers | | 3,838.57 | 0.00 | |
| | | | **Subtotal** | | 523.67 | 70.21 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$523.67** | **$70.21** | |

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| **Case Number:** | 19-02549 CED | **Trustee:** | LUIS E. RIVERA II |
| --- | --- | --- | --- |
| **Case Name:** | Spindle, Inc. | **Bank Name:** | Union Bank |
| | | **Account:** | ******2257 - Checking |
| **Taxpayer ID#:** | *****1820 | **Blanket Bond:** | $30,832,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/19 | Asset #2 | Wells Fargo Bank | Balance of Wells Fargo Account #7863 | 1129-000 | 108.74 | | 108.74 |
| 04/17/19 | Asset #1 | Wells Fargo Bank | Balance of Wells Fargo Account #9197 | 1129-000 | 2,220.18 | | 2,328.92 |
| 04/19/19 | Asset #3 | Wells Fargo Bank N.A. | Balance of Wells Fargo Account #9284 | 1129-000 | 1,509.65 | | 3,838.57 |
| 05/10/19 | | Union Bank | Account Closeout Transfer Adjustment | 9999-000 | | 3,838.57 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| | **ACCOUNT TOTALS** | 3,838.57 | 3,838.57 | $0.00 |
| | Less: Bank Transfers | 0.00 | 3,838.57 | |
| | **Subtotal** | 3,838.57 | 0.00 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$3,838.57** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******2257 | 3,838.57 | 0.00 | 0.00 |
| Checking # ******8864 | 523.67 | 70.21 | 4,292.03 |
| | **$4,362.24** | **$70.21** | **$4,292.03** |