# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

In re:   Spindle, Inc.   § Case No. 2:19-bk-02549-FMD
§
§
Debtor(s)   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/22/2019. The undersigned trustee was appointed on 03/25/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $      4,362.24

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 296.78 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $   4,065.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 08/16/2019 and the deadline for filing governmental claims was 09/18/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,090.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $189.39, for a total compensation of $189.39.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $21.11, for total expenses of $21.11.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  02/27/2024                    By:  /s/ LUIS E. RIVERA II
                                                                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

    [2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

Page: 1

| Case Number: | 19-02549 CED | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|
| Case Name: | Spindle, Inc. | Filed (f) or Converted (c): | 03/22/19 (f) |
| | | §341(a) Meeting Date: | 04/23/19 |
| Period Ending: | 02/27/24 | Claims Bar Date: | 08/16/19 |

| 1 Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Acct #9197 | 2,220.18 | 2,220.18 | | 2,220.18 | FA |
| 2 | Wells Fargo Account #7863 | 108.74 | 108.74 | | 108.74 | FA |
| 3 | Wells Fargo Account #9284 | 148.42 | 1,509.65 | | 1,509.65 | FA |
| 4 | Florida Capital Bank Account Checking 3911 | 553.26 | 523.67 | | 523.67 | FA |
| 5 | Internet domain names and websitesspindle.com; sportspaymentpros.com;catalystmarketingsystem.com;mycardvault.com; mymetrorewards.com;mymetroarea.com; and lowmerato.com | Unknown | 1.00 | | 0.00 | FA |
| 6 | Customer Lists which include customerpersonally identifiable information includingname, address and merchant accountinformation; mailing list of over 10 millionnames $5,150.00 Recent cost | Unknown | 1.00 | | 0.00 | FA |
| 7 | NOL, Federal; Not professionally appraised within the last year. Tax year 2011-2018 | 21,440,825.00 | 21,440,825.00 | | 0.00 | FA |
| 8 | Spindle's Public Shell, estimated to be between $150,000 to $300,000 | 225,000.00 | 225,000.00 | | 0.00 | FA |
| 9 | Copy of Spindle's Payment Service Provider code | 10,000.00 | 0.00 | | 0.00 | FA |
| 10 | Copy of Spindle's Payment Service Provider code is subject to lien; Copy of Payment Service Provider code was sold for $35,000 to Gensource in 2018 | 175,000.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$21,853,855.60** | **$21,670,189.24** | | **$4,362.24** | **$0.00** |

**Major activities affecting case closing:**
Rev'd Final Fee Application of Trenam Law.  <1/14/2024, 11:18:35 PM - LR-435>

Case review; Email to LER regarding status of submitting the TFR <11/12/2023, 9:29:42 PM - JP-436>

Telephone conference with Special Counsel regarding case closing.  Updated Estimated TFR Date.  <4/23/2023, 8:53:00 AM - LR-435>

Follow up email to Special Counsel requesting final fee application.  <1/26/2022, 10:18:19 AM - LR-435>

Email to Special Counsel requesting final fee application.  <10/7/2021, 5:40:02 PM - LR-435>

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 2

Order Denying Motion To Convert Case to Chapter 11 entered 8/26/2021.  <9/2/2021, 1:19:20 PM - LR-435>

Hearing Held on Motion to Convert Case to Chapter 11.  Continued to <7/15/2021, 10:20:56 AM - LR-435>

Email to SEC Trial Attorney regarding revocation action.  <5/6/2021, 2:00:35 PM - LR-435>

Telephone conference with D. Fogarty, Esq.  <2/22/2021, 11:04:39 AM - LR-435>

Discussions remain ongoing regarding potential sale of corporate shell and NOL.  <2/2/2021, 9:53:14 AM - LR-435>

Discussions ongoing regarding potential sale of corporate shell and NOL.  <8/26/2020, 12:30:05 PM - LR-435>

Telephone conference with Special Counsel regarding potential sale of NOL.  <4/28/2020, 9:43:58 PM - LR-435>

Email to Debtor's counsel regarding status of case.  <3/11/2020, 9:33:54 PM - LR-435>

Emails to/from Debtor's counsel and Special Counsel regarding status of matter. Parties still working on potential sale of NOL and/or assets of corporation.  <12/18/2019, 10:07:49 AM - LR-435>

Emails to/from Debtor's counsel and Special Counsel regarding status of matter. <7/8/2019, 10:24:03 AM - LR-435>

Filed Change of Address Order.  Correspondence to Florida Capital Bank demanding account balance.  <6/17/2019, 2:00:22 PM - LR-435>

Recd Order Approving Application to Employ Counsel; Prepare and file Proof of Service. <5/16/2019, 3:10:18 PM - AM-443>

Filed Application to Employ GR and submitted proposed order.  <5/14/2019, 5:07:00 PM - LR-435>

Email to L. Fernandez, Esq. requesting review of case.  <5/14/2019, 8:36:57 AM - LR-435>

**Initial Projected Date of Final Report (TFR):**  March 31, 2021      **Current Projected Date of Final Report (TFR):**  April 30, 2024

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 1

| Case Number: | 19-02549 CED | Trustee: | LUIS E. RIVERA II |
| --- | --- | --- | --- |
| Case Name: | Spindle, Inc. | Bank Name: | Union Bank |
| | | Account: | ******2257 - Checking |
| Taxpayer ID#: | **-***1820 | Blanket Bond: | $27,234,000.00 (per case limit) |
| Period Ending: | 02/27/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/19 | Asset #2 | Wells Fargo Bank | Balance of Wells Fargo Account #7863 | 1129-000 | 108.74 | | 108.74 |
| 04/17/19 | Asset #1 | Wells Fargo Bank | Balance of Wells Fargo Account #9197 | 1129-000 | 2,220.18 | | 2,328.92 |
| 04/19/19 | Asset #3 | Wells Fargo Bank N.A. | Balance of Wells Fargo Account #9284 | 1129-000 | 1,509.65 | | 3,838.57 |
| 05/10/19 | | Union Bank | Account Closeout Transfer Adjustment | 9999-000 | | 3,838.57 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 3,838.57 | 3,838.57 | $0.00 |
| Less: Bank Transfers | | 0.00 | 3,838.57 | |
| **Subtotal** | | 3,838.57 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$3,838.57** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 2

| Case Number: | 19-02549 CED | | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|---|
| Case Name: | Spindle, Inc. | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******8864 - Checking |
| Taxpayer ID#: | **-***1820 | | Blanket Bond: | $27,234,000.00 (per case limit) |
| Period Ending: | 02/27/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 3,838.57 | | 3,838.57 |
| 06/28/19 | Asset #4 | Florida Capital Bank, N.A. | Account closing balance turned over by Florida Capital Bank, N.A. | 1129-000 | 523.67 | | 4,362.24 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.74 | 4,355.50 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.20 | 4,348.30 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.18 | 4,341.12 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.94 | 4,334.18 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.93 | 4,327.25 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.15 | 4,320.10 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.14 | 4,312.96 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.68 | 4,306.28 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.44 | 4,299.84 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.81 | 4,292.03 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.88 | 4,285.15 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.41 | 4,278.74 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.54 | 4,271.20 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 3

| Case Number: | 19-02549 CED | | Trustee: | LUIS E. RIVERA II |
| --- | --- | --- | --- | --- |
| Case Name: | Spindle, Inc. | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******8864 - Checking |
| Taxpayer ID#: | **-***1820 | | Blanket Bond: | $27,234,000.00 (per case limit) |
| Period Ending: | 02/27/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.85 | 4,264.35 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.29 | 4,257.06 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.82 | 4,250.24 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.59 | 4,243.65 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.25 | 4,236.40 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.02 | 4,229.38 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 7.01 | 4,222.37 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.32 | 4,216.05 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.98 | 4,209.07 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.61 | 4,202.46 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.83 | 4,195.63 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.82 | 4,188.81 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.81 | 4,182.00 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.80 | 4,175.20 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.78 | 4,168.42 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 4

| Case Number: | 19-02549 CED | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|
| Case Name: | Spindle, Inc. | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******8864 - Checking |
| Taxpayer ID#: | **-***1820 | Blanket Bond: | $27,234,000.00 (per case limit) |
| Period Ending: | 02/27/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.77 | 4,161.65 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.76 | 4,154.89 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.75 | 4,148.14 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.74 | 4,141.40 |
| 02/28/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.98 | 4,134.42 |
| 03/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.94 | 4,127.48 |
| 04/28/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.96 | 4,120.52 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.91 | 4,113.61 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.92 | 4,106.69 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.90 | 4,099.79 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.88 | 4,092.91 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.89 | 4,086.02 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.85 | 4,079.17 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.86 | 4,072.31 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 5

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 19-02549 CED | **Trustee:** | LUIS E. RIVERA II | |
| **Case Name:** | Spindle, Inc. | **Bank Name:** | Flagstar Bank, N.A. | |
| | | **Account:** | ******8864 - Checking | |
| **Taxpayer ID#:** | **-***1820 | **Blanket Bond:** | $27,234,000.00 (per case limit) | |
| **Period Ending:** | 02/27/24 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.85 | 4,065.46 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 4,362.24 | 296.78 | $4,065.46 |
| | Less: Bank Transfers | 3,838.57 | 0.00 | |
| | **Subtotal** | 523.67 | 296.78 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$523.67** | **$296.78** | |

| | |
|---|---|
| Net Receipts: | $4,362.24 |
| Net Estate: | $4,362.24 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2257** | 3,838.57 | 0.00 | 0.00 |
| **Checking # ******8864** | 523.67 | 296.78 | 4,065.46 |
| | $4,362.24 | $296.78 | $4,065.46 |

# Exhibit C
# Claims Register
### Case: 19-02549-CED    Spindle, Inc.

Total Proposed Payment: $4,065.46                                                 Claims Bar Date: 08/16/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Luis E. Rivera II<br>P.O. Box 1026<br>Fort Myers, FL 33902 | Admin Ch. 7<br>03/22/19 | | $1,090.56<br>$1,090.56 | $0.00<br>$189.39 | $1,090.56 |
| | 2100-00  Trustee Compensation, 200 | | | | | |
| | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis P.A.<br>Trenam Kemker Scharf Barkin Frye O'Neill & Mullis P.A.<br>P.O. Box 1102<br>Tampa, FL 33601-1102 | Admin Ch. 7<br>01/15/24 | | $24,115.50<br>$18,648.25 | $0.00<br>$3,238.50 | $18,648.25 |
| | 3210-00  Attorney for Trustee Fees (Other Firm), 200 | | | | | |
| | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis P.A.<br>Trenam Kemker Scharf Barkin Frye O'Neill & Mullis P.A.<br>P.O. Box 1102<br>Tampa, FL 33601-1102 | Admin Ch. 7<br>01/15/24 | | $106.25<br>$106.25 | $0.00<br>$18.45 | $106.25 |
| | 3220-00  Attorney for Trustee Expenses (Other Firm), 200 | | | | | |
| | LUIS E. RIVERA II<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026 | Admin Ch. 7<br>01/22/24 | | $121.56<br>$121.56 | $0.00<br>$21.11 | $121.56 |
| | 2200-00  Trustee Expenses, 200 | | | | | |
| | Luis E. Rivera II, Attorney for Trustee<br>GrayRobinson, P.A.<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026 | Admin Ch. 7<br>02/27/24 | | $3,443.50<br>$3,443.50 | $0.00<br>$598.01 | $3,443.50 |
| | 3110-00  Attorney for Trustee Fees (Trustee Firm), 200 | | | | | |
| 1-1 | Buchalter<br>1000 Wilshire Blvd<br>Suite 1500<br>Los Angeles, CA 90017-1730 | Unsecured<br>04/04/19 | 5941 | $6,075.43<br>$6,075.43 | $0.00<br>$0.00 | $6,075.43 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 2-1 | Dickinson Wright PLLC<br>James A. Plemmons, Esq<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226 | Unsecured<br>05/07/19 | 1938 | $158,035.53<br>$158,035.53 | $0.00<br>$0.00 | $158,035.53 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 3-1 | Dave Wilson<br>18341 E Los Corales<br>Gold Canyon, AZ 85118 | Unsecured<br>05/22/19 | 6905 | $18,750.00<br>$18,750.00 | $0.00<br>$0.00 | $18,750.00 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |
| 4-1 | Mitchell Silberberg & Knupp<br>11377 West Olympic Blvd<br>Los Angeles, CA 90064 | Unsecured<br>06/03/19 | | $15,144.92<br>$15,144.92 | $0.00<br>$0.00 | $15,144.92 |
| | 7100-00  General Unsecured § 726(a)(2), 610 | | | | | |

# Exhibit C
# Claims Register
### Case: 19-02549-CED    Spindle, Inc.

Total Proposed Payment: $4,065.46                                                                 Claims Bar Date: 08/16/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 5-1 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001<br>5800-00   Claims of Governmental Units, 570 | Priority<br>06/04/19 | | $394.28<br>$394.28 | $0.00<br>$0.00 | $394.28 |
| 5-1 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>06/04/19 | | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 6-1 | Clark Trevithick<br>Attn: Accounting<br>800 Wilshire Blvd, 12th Flr<br>Los Angeles, CA 90017<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>06/10/19 | | $41,514.05<br>$41,514.05 | $0.00<br>$0.00 | $41,514.05 |
| 7-1 | David J. Ide<br>10230 E Mountain Spring Rd<br>Scottsdale, AZ 85255<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/01/19 | | $48,552.52<br>$48,552.52 | $0.00<br>$0.00 | $48,552.52 |
| 8-1 | Jason Assad<br>2020 Stone Meadow Way<br>Cumming, GA 30041<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/09/19 | | $182,000.00<br>$182,000.00 | $0.00<br>$0.00 | $182,000.00 |
| 9-1 | Jason Assad<br>2020 Stone Meadow Way<br>Cumming, GA 30041<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/09/19 | | $182,000.00<br>$182,000.00 | $0.00<br>$0.00 | $182,000.00 |
| 10-1 | Cobb Martinez Woodward<br>1700 Pacific Ave # 310<br>Dallas, TX 75201<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/14/19 | | $24,473.14<br>$24,473.14 | $0.00<br>$0.00 | $24,473.14 |
| 11-1 | Cobb Martinez Woodward<br>1700 Pacific Ave # 310<br>Dallas, TX 75201<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/14/19 | | $24,473.14<br>$24,473.14 | $0.00<br>$0.00 | $24,473.14 |
| 12-1 | Jack A. Scott<br>Becky H. Scott<br>200 Landmark Street<br>Marco Island, FL 34145<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/16/19 | Cash advances, unpaid Board of Directors Fees and company expenses paid by Jack A. Scott | $393,025.73<br>$393,025.73 | $0.00<br>$0.00 | $393,025.73 |
| 13-1 | IoT Broadband, LLC<br>7425 S. Peoria Circle<br>Suite 206<br>Englewood, CO 80112 | Unsecured<br>08/16/19 | | $1,244,897.78<br>$1,244,897.78 | $0.00<br>$0.00 | $1,244,897.78 |

# Exhibit C
# Claims Register
## Case: 19-02549-CED   Spindle, Inc.

Total Proposed Payment: $4,065.46                                                                                  Claims Bar Date: 08/16/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | 7100-00   General Unsecured § 726(a)(2), 610 | | | | | |
| | | | Case Total: | $2,362,746.64 | $0.00 | $2,362,746.64 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 19-02549-CED
Case Name: Spindle, Inc.
Trustee Name: LUIS E. RIVERA II

**Balance on hand:** $ 4,065.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,065.46

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Luis E. Rivera II | 1,090.56 | 0.00 | 189.39 |
| Trustee, Expenses - LUIS E. RIVERA II | 121.56 | 0.00 | 21.11 |
| Attorney for Trustee, Fees - Luis E. Rivera II, Attorney for Trustee | 3,443.50 | 0.00 | 598.01 |
| Attorney for Trustee, Fees - Trenam Kemker Scharf Barkin Frye O'Neill & Mullis P.A. | 18,648.25 | 0.00 | 3,238.50 |
| Attorney for Trustee, Expenses - Trenam Kemker Scharf Barkin Frye O'Neill & Mullis P.A. | 106.25 | 0.00 | 18.45 |

Total to be paid for chapter 7 administration expenses: $ 4,065.46
Remaining balance: $ 0.00

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $394.28 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (05/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5-1 | Texas Workforce Commission | 394.28 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,338,942.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1-1 | Buchalter | 6,075.43 | 0.00 | 0.00 |
| 2-1 | Dickinson Wright PLLC | 158,035.53 | 0.00 | 0.00 |
| 3-1 | Dave Wilson | 18,750.00 | 0.00 | 0.00 |
| 4-1 | Mitchell Silberberg & Knupp | 15,144.92 | 0.00 | 0.00 |
| 5-1 | Texas Workforce Commission | 0.00 | 0.00 | 0.00 |
| 6-1 | Clark Trevithick | 41,514.05 | 0.00 | 0.00 |
| 7-1 | David J. Ide | 48,552.52 | 0.00 | 0.00 |
| 8-1 | Jason Assad | 182,000.00 | 0.00 | 0.00 |
| 9-1 | Jason Assad | 182,000.00 | 0.00 | 0.00 |
| 10-1 | Cobb Martinez Woodward | 24,473.14 | 0.00 | 0.00 |
| 11-1 | Cobb Martinez Woodward | 24,473.14 | 0.00 | 0.00 |
| 12-1 | Jack A. Scott | 393,025.73 | 0.00 | 0.00 |
| 13-1 | IoT Broadband, LLC | 1,244,897.78 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**